**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893
**Greenville Division**

IN RE:
Jonathan Maurice Worthington
216 John Avenue
Greenville, NC 27858

CASE NO.: 12–03519–8–RDD

DATE FILED: May 8, 2012

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Jonathan Maurice Worthington has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Jonathan Maurice Worthington file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Jonathan Maurice Worthington and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: September 25, 2012

Randy D. Doub
United States Bankruptcy Judge